ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

JOSEPH J. HASMAN
jhasman@cmn-law.com
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street
Suite 1400
Chicago, Illinois  60606
(312) 281-3600
(312) 281-3678 (fax)

Attorneys for Plaintiff
Midland National Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELIQUE KNIGHT and STEVEN LIQUORI,<br><br>    Defendants. | Case No.  2:11-cv-0433-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the matter with prejudice.  Each party will bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 30th day of November, 2011.

| JOLLEY URGA WIRTH WOODBURY & STANDISH | LEWIS AND ROCA LLP |
|---|---|
| BY: /s/ *Michael R. Ernst* | BY: /s/ *Ann-Martha Andrews* |
|     L. CHRISTOPHER ROSE |     ANN-MARTHA ANDREWS |
|     Nevada Bar No. 7500 |     Nevada Bar No. 7585 |
|     MICHAEL R. ERNST |     3993 Howard Hughes Parkway |
|     Nevada Bar No. 11957 |     Suite 600 |
|     3800 Howard Hughes Parkway |     Las Vegas, Nevada  89169 |
|     Wells Fargo Tower, 16th Floor | |
|     Las Vegas, Nevada  89169 | and |
| Attorneys For Defendant Steven Liguori | |
| | JOSEPH J. HASMAN |
| | CHITTENDEN, MURDAY & NOVOTNY LLC |
| | 303 West Madison Street |
| | Suite 1400 |
| | Chicago, Illinois  60606 |
| | Attorneys for Midland National Life Insurance Company |

**IT IS SO ORDERED:**

/s/ James C. Mahan

UNITED STATES DISTRICT JUDGE

**Dated:** December 6, 2011